UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND BRAY, on behalf of himself and all other similarly situated individuals,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>NORTHBAY HEALTHCARE GROUP; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendant(s). | Case No. 2:21-cv-00598-MCE-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO VACATE FUTURE CASE DEADLINES PENDING MEDIATION** |

THE COURT, having received and reviewed the Parties' Joint Stipulation to Vacate Future Case Deadlines Pending Mediation, finds that good cause exists to grant the request. Accordingly, IT IS HEREBY ORDERED THAT all pending future dates and deadlines be vacated until at least thirty (30) days after mediation. The Parties shall submit a joint report on or before January 13, 2022 apprising the Court of the status of the case, including a proposed amended pretrial scheduling order to reset all dates, if necessary.

**IT IS SO ORDERED.**

Dated: September 29, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE