**THIERMAN BUCK LLP**
MARK R. THIERMAN, SB# 72913
JOSHUA D. BUCK, SB# 258325
LEAH L. JONES, SB# 276448
JOSHUA R. HENDRICKSON, SB# 282180
7287 Lakeside Drive
Reno, NV 89511
Tel: 775.284.1500
Fax: 775.703.5027
info@thiermanbuck.com

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND BRAY, on behalf of himself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHBAY HEALTHCARE GROUP; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 2:21-cv-0598-MCE-KJN<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1. Plaintiff DESOMND BRAY ("Plaintiff") and Defendant NORTHBAY HEALTHCARE GROUP ("Defendant"), by and through their counsel of record, and hereby stipulate to dismiss the above-titled action in its entirety, with prejudice, in consideration of the December 6, 2022, Order from the Superior Court of the State of California for the County of Solano granting final approval of the class action settlement (attached hereto as Exhibit A).

Respectfully Submitted,

DATED: December 27, 2022                              DATED: December 27, 2022
THIERMAN BUCK LLP                                    MORGAN, LEWIS & BOCKIUS LLP

*/s/ Joshua D. Buck*                                  */s/ Anahi Cruz*
Mark R. Thierman                                      Anahi Cruz
Joshua D. Buck                                        Douglas R. Hart
Leah L. Jones
Joshua R. Hendrickson                                 *Attorneys for Defendant*

*Attorneys for Plaintiffs*

## ORDER

Having considered the stipulation of dismissal with prejudice, the Court hereby ORDERS that this action be dismissed, with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 27, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com